UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN FINCH,

    Plaintiff,

vs.                                            CASE NO.: 6:20-cv-00243-WWB-GJK

DIWA, LLC, d/b/a AMERICA'S BEST
VALUE INN AND SUITES, a Florida
Limited Liability Company, and
BHARAT PATEL, Individually,

    Defendants.       /

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

Plaintiff, JOHN FINCH, by and through the undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice with each party responsible for its own attorneys' fees and costs. Plaintiff has advised the undersigned that he no longer wishes to pursue this matter.

Dated this 3rd day of March, 2020.

                                              s/ MATTHEW GUNTER
                                              Matthew R. Gunter, Esquire
                                              Florida Bar No.: 0077459
                                              MORGAN & MORGAN, P.A.
                                              20 N. Orange Avenue, Ste. 1600
                                              P.O. Box 4979
                                              Orlando, Florida  32802-4979
                                              Telephone:  (407) 420-1414
                                              Facsimile: (407) 867-4791
                                              Email: mgunter@forthepeople.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I filed the above and forgoing Notice of Voluntary Dismissal using the CM/ECF filing system, which I understand will send a notice of electronic filing to: None. I further certify that I mailed the above along with the notice of electronic filing to: DIWA, LLC and Bharat Patel- Individually and as Registered Agent, 250 Breckenridge Circle SE, Palm Bay, FL  32909, this 3rd day of March, 2020.

                                               /s/ MATTHEW GUNTER
                                               Matthew Gunter, Esquire