# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOHN FINCH,

    Plaintiff,

v.                                                Case No: 6:20-cv-243-Orl-78GJK

DIWA, LLC and BHARAT PATEL,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 8), wherein Plaintiff stipulates to the dismissal without prejudice of all claims against Defendants. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case. However, the Court notes that, because this case is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, any underlying settlement agreements are legally unenforceable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982).

**DONE AND ORDERED** in Orlando, Florida on March 4, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record